**Frank Kenny**

24 Edmund Street
Lynbrook, NY 11563

RECEIVED
HON. DENIS R. HURLEY
APR 20 2010

April 17, 2010

**BY REGISTERED MAIL**

Honorable Denis R. Hurley
P.O. Box 9014
100 Federal Plaza
Central Islip, NY 11722

**Re: CR-94-702 - Application to Shorten LMRDA Employment Prohibition**

Dear Judge Hurley:

I am writing, *pro se*, to respectfully request that Your Honor shorten an employment prohibition imposed upon me by Section 504 of the Labor-Management Reporting and Disclosure Act ("LMRDA") based upon my 1995 guilty plea for a marijuana related crime and subsequent sentencing. (See Transcript of Proceedings Before the Honorable Denis R. Hurley, dated March 31, 2000, attached as Exhibit A, at p. 24 ll. 14-16). This is the first application that I have made for relief from the LMRDA. I do not know if the United States Attorney's Office consents to or opposes the relief I am requesting.

As you may recall, On March 31, 2000, after a significant downward departure from the sentencing guidelines based upon my family hardship, government cooperation and post-arrest rehabilitation, Your Honor sentenced me to 18 months incarceration and 3 years of supervised release. Your Honor allowed me to self-surrender on June 30, 2000 and on October 18, 2001, the Federal Bureau of Prisons released me early based upon my good behavior. Since my release, I have been working as a union carpenter. I am the primary supporter of my disabled wife and my son who was born on January 13, 2004.

At this time, to enable me to better provide for my family, I am seeking to become a Shop Steward with my union. Carpenter positions have been sporadic lately and I have faced longer and longer periods of unemployment between jobs. Further, I am 52 years old and the Shop Steward position will decrease the amount of hard physical labor I am required to perform. Unfortunately, although I am otherwise qualified for the position, the LMRDA prohibits individuals convicted of marijuana related crimes from serving the union in certain capacities, including Shop Steward. The employment bar in Section 504 of the LMRDA lasts for 13 years from the date of conviction or the end of imprisonment, whichever is later. (See Prohibition against Certain Persons Holding Union Office or Employment, attached as Exhibit B). In my case, the bar would not be lifted until October 18, 2014, 13 years from the date of my release from prison. The fact that I was not sentenced until 5 years after the date of my conviction makes this 13 year bar particularly burdensome as more than 15 years have passed since I pleaded guilty. The LMRDA provides that, upon the motion of the convicted person, the

sentencing court "can set a shorter period of time, which cannot be less than 3 years following conviction or end of imprisonment, whichever is later." (See Exhibit B). It further provides that a barred person can seek to have the bar removed by demonstrating that "such person's service in one of the prohibited positions would not be contrary to the purposes of the LMRDA" and "such person has been rehabilitated since commission of the disqualifying crime and can therefore be trusted not to endanger the organization in the position for which relief from the bar is sought." (See Exhibit B).

I have been a productive and law-abiding citizen during the almost 9 year period since my release from prison. In fact, Your Honor recognized my post-arrest rehabilitation at the time of my sentencing. I continued my rehabilitation during and after my imprisonment. Prior to my release, I procured a position in the carpenter's union and I have been a dedicated and responsible employee at all times during the past 9 years. My employers have recognized my skills and positive contributions to the many projects I have worked on over the years. I have been repeatedly hired by some of the same contractors based on my performance and have been given the position of foreman on several occasions.

In addition, I have been a loving and supportive husband to my wife who suffers from a genetic disease and has undergone more than 30 surgical procedures in her lifetime. Although her condition has stabilized in recent years, she is unable to provide any significant financial support to our family as a result of her illness and the chronic pain with which she lives.
As noted above, my wife and I were blessed with a son in January 2004. Given my age and the fact that I perform physical labor every day, I am concerned about my ability to continue to provide for my wife and young son. I am struggling to pay the bills and save money for our future, especially for my son's education.

Based on these facts as summarized below, I respectfully request that Your Honor reduce the period of the bar to allow me to apply for the position of Shop Steward four years early:

- I have a disabled wife and 6 year old son to provide for - the Shop Steward position will provide increased and more steady income compared to the sporadic union carpenter jobs I have been receiving;

- I have a spotless record since my guilty plea in 1995 and subsequent early release for good behavior; and,

- Your Honor thought highly enough of me and my difficult situation at the time of sentencing to allow a significant downward departure in my sentencing (Ex. A at p. 23 ll.14-24, p. 27 ll. 14-20) and to accord me certain other considerations including my self-surrender (Ex. A at p. 33 ll. 11-25, p. 34 ll. 1-11).

As shown by my good behavior and rehabilitation, Your Honor was correct in fashioning a sentence that allowed me to turn my life around. I truly thank you for giving me that chance.

At this point, I beg the Court's indulgence to permit me the opportunity to better my life, and the life of my family, by shortening the LMRDA employment prohibition and allowing me to work as a Shop Steward.

Thank you for your time and consideration of this request.

Respectfully submitted,

Frank Kenny

Enclosure
cc via Registered Mail (w/enclosure):

Benton J. Campbell
United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Att: Leonard Lato, AUSA